**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
SOUTHERN District of CALIFORNIA
(State)

Case number (If known): 17-3651 Chapter ____

231188

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | BADGEROW JACKSON LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 2 0 – 8 8 6 6 4 8 8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2890 PIO PICO SUITE 203B<br>Number  Street | _____<br>Number  Street |
| | P.O. Box |
| CARLSBAD    CA    92008<br>City    State   ZIP Code | City    State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| SAN DIEGO<br>County | Number  Street |
| | City    State   ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **BADGEROW JACKSON LLC**  Case number (if known) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5 3 1 1 __ 2 __ 0

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY
      District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes. Debtor **MAKO ONE CORPORATION**  Relationship **AFFILIATE**
      District **SO. DISTRICT OF CALIFORNIA**  When **06/20/2017**
                                                       MM / DD / YYYY
      Case number, if known _____

Debtor  **BADGEROW JACKSON LLC**   Case number (if known) _____
      Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                        Number      Street

    _____
    City                              State    ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

Debtor __BADGEROW JACKSON LLC__    Case number (if known) _____
     Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☐ I have been authorized to file this petition on behalf of the debtor.
- ☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/20/2017__
              MM / DD / YYYY

X _[signature]_    __BRUCE DEBOLT__
Signature of authorized representative of debtor    Printed name

Title __CEO__

**18. Signature of attorney**

X _[signature] Andy Epstein_    Date __06/20/2017__
Signature of attorney for debtor    MM / DD / YYYY

__ANDY EPSTEIN__
Printed name

__ANDY EPSTEIN ESQ., CPA__
Firm name

__20211 SPECTRUM__
Number    Street

__IRVINE__    __CA__    __92618__
City    State    ZIP Code

__619-846-7369__    __taxcpaesq@gmail.com__
Contact phone    Email address

__220402__    __CA__
Bar number    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Fill in this information to identify the case:

Debtor name: **BADGEROW JACKSON LLC**

United States Bankruptcy Court for the: **SOUTHERN** District of **CA** (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | JARCO BUILDERS, LTD  2808 IRENE STREET  SIOUX CITY, IA 51105 | 712-258-7553 | CONSTRUCTION COSTS | | | | 18,760.17 |
| 2 | W.A. KLINGER  P.O. BOX 8800  SIOUX CITY, IA 51102 | 712-277-3900 | CONSTRUCTION COSTS | | | | 24,736.00 |
| 3 | KUTACK ROCK LLP  1801 CALIFORNIA STE. 3000  DENVER, CO 80202 | 303-297-2400 | LEGAL FEES | | | | 7,914.02 |
| 4 | PLAINS BOILER  2800 HAWKEYE STE.1  SIOUX CITY, IA 51105 | 712-252-4797 | CHILLED WATER DISTRIBUTION | | | | 14,800.00 |
| 5 | RUBIN BROWN  ONE N. BRENTWOOD STE. 1100  ST. LOUIS, MO 63105 | 314-290-3300 | ACCOUNTING FEES | | | | 17,000.00 |
| 6 | DOUGLAS STEINMETZ  4121 TIMBERVIEW  CEDAR RAPIDS, IA 52411 | 319-294-4105 | HISTORIC ARCHITECT FEES | | | | 1,207.00 |
| 7 | SCHUMACHER ELEVATOR  ONE SCHUMACHER WAY  DENVER, IA 50622 | 319-984-5676 | ELEVATOR MAINTENANCE | | | | 372.00 |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Badgerow Jackson LLC
Creditor Matrix

Cedar Rapids Bank and Trust.
500 1st Avenue NE
Cedar Rapids, IA 52406

Mako One Corporation
P.O. Box 235600
Encinitas, CA 92023

Jarco Builders LTD
2808 Irene Street
Sioux City, IA 51105

W.A. Klinger
P.O. Box 8800
Sioux City, IA 51102

Kutack Rock LLP
1801 California Suite3000
Denver, CO 80202

Plains Boiler
2800 Hawkeye Suite 1
Sioux City, IA 51105

Rubin Brown
One N. Brentwood Suite 1100
St. Louis, MO 63105

Douglas Steinmetz
4121 Timberview
Cedar Rapids, IA 52411

Schumacher Elevator
One Schumacher Way
Denver, IA 50622

Mako One Corporation
Creditor Matrix

Chevron TCI, Inc.
345 California, 30th floor
San Francisco, CA 94104

Bruce Debolt
P.O. Box 235600
Encinitas, CA 92023

Celick Trust
9854 National Blvd. #241
Los Angeles, CA 90034

Brown Winnick Attorney at Law
666 Grand Street
Des Moines, IA 50309

Lillis Omally Olsen Manning and Templeton LLC
317 6th Street
Des Moines, IA 50309

Woodbury County Treasurer
822 Douglas Street, Suite 102
Sioux City, IA 51101

BADGEROW JACKSON LLC
LIMITED LIABILITY COMPANY RESOLUTION

Resolution to File Chapter 11 Bankruptcy

WHREAS, the Limited Liability Company ("LLC") is facing the loss of the real property which management is the LLC's main business.

WHEREAS the LLC believes it can reorganize and keep said real property.

RESOLVE, that the LLC file as soon as practicable a bankruptcy in accordance with Chapter 11 of the Bankruptcy Code.

The undersigned certifies that he is the duly elected and qualified Secretary and the custodian of the books and record of Badgerow Jackson LLC, a limited liability company duly formed pursuant to the laws of the state of Delaware and that the foregoing is a true record of a resolution duly adopted at a meeting of the Managers and that said meeting was held in accordance with state law and the Operating Agreement of the above named LLC on June 19, 2017, and that said resolution is in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Manager and Secretary and of the above named LLC this 20th of June 2017.

_____
Bruce DeBolt, Manager and Secretary